# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NOV 23 2026 PM2:50
FILED - USDC - FLMD - TPA

**WILLIAM MICHAEL GILLIARD,**

**Plaintiff,**

v. **Case No.: 8:25-cv-02562-JLB-NHA**

**MICHAEL BROOKS, et al.,**

**Defendants.**

______________________________/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DOC. 118) AND NOTICE OF PREVIOUSLY FILED OPPOSITION (DOC. 109)

Plaintiff, William Michael Gilliard, proceeding pro se, respectfully responds to the Court's November 17, 2026 Order to Show Cause (Doc. 118) and states:

1. On May 20, 2026, Defendant Michael Brooks filed his Renewed Motion to Dismiss Plaintiff's Second Amended Verified Complaint (Doc. 105).
2. On June 9, 2026, Plaintiff filed his Response in Opposition to Defendant Michael Brooks's Motion to Dismiss, which was entered on the Court's docket as Document 109.
3. Plaintiff's opposition was accompanied by Attachment 1 (Doc. 109-1), containing public records referenced in Paragraph 15 of the opposition.
4. Plaintiff respectfully submits that Document 109 constitutes his timely response in opposition to Defendant Brooks's renewed Motion to Dismiss (Doc. 105).

**5.** Plaintiff did not intend to disregard any requirement of the Court or fail to respond to Defendant Brooks's motion. Plaintiff respectfully brings the previously filed opposition to the Court's attention in response to the Order to Show Cause.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

a. Recognize Plaintiff's previously filed Response in Opposition (Doc. 109) as his response to Defendant Brooks's Renewed Motion to Dismiss (Doc. 105);

b. Discharge the Order to Show Cause (Doc. 118); and

c. Consider Plaintiff's previously filed opposition when ruling on Defendant Brooks's motion.

Respectfully submitted,

William Michael Gilliard

**William Michael Gilliard**
**Plaintiff, Pro Se**
**300 East Main Street, Unit 2677**
**Wauchula, Florida 33873**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2026, I caused a true and correct copy of the foregoing **Plaintiff's Response to Order to Show Cause (Doc. 118) and Notice of Previously Filed Opposition (Doc. 109)** to be furnished by U.S. Mail and/or CM/ECF notification, as applicable, to the following:

Andres Robles Cruz
Robles Cruz Law, P.A.
605 E. Robinson Street, Suite 320
Orlando, FL 32801
Counsel for Defendant Michael Brooks

John K. Londot
Greenberg Traurig, P.A.
101 East College Avenue
Tallahassee, FL 32301
Counsel for Defendants Victoria L. Rogers and John W. H. Burton

W. Bruce DelValle
DelValle Law PLLC
300 New Jersey Avenue NW, Suite 300
Washington, DC 20001
Counsel for Defendants Colon Lambert, Colon Lambert LLC, and Hot Florida Real Estate LLC

Jacqueline F. Perez
Krinzman Huss Lubetsky
28100 U.S. Highway 19 North, Suite 104
Clearwater, FL 33761
Counsel for Defendant Steve Titsworth

Martin S. Awerbach
Krinzman Huss Lubetsky
169 E. Flagler Street, Suite 500
Miami, FL 33131
Counsel for Defendant Steve Titsworth

Jerald Steven Southwell
J. Steven Southwell, P.A.
P.O. Box 1748
Wauchula, FL 33873
Counsel for Defendant J. Steven Southwell

Kenneth B. Evers
424 W. Main Street
Wauchula, FL 33873
Defendant, Pro Se

William Michael Gilliard

**William Michael Gilliard**
Plaintiff, Pro Se